IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

-----------------------------------------------------------------X

IME WATCHDOG, INC.,

        Plaintiff,

-against-

SAFA ABDULRAHIM GELARDI, VITO
GELARDI, and IME COMPANIONS LLC,

        Defendants.

-----------------------------------------------------------------X

CIVIL ACTION

Case No.: 8:23-cv-01085

  Daniella Levi, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

  1. I am the sole shareholder and Chief Operating Officer ("COO") of IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog"), the Plaintiff in this case.

  2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the documents I maintain at the IME WatchDog office.

  3. Annexed hereto as Exhibit "A" is the Text Only Order of the Hon. Pamela K. Chen, U.S.D.J. ("Judge Chen") dated April 5, 2022.

  4. Annexed hereto as Exhibit "B" is the March 27, 2023 Hearing Transcript for a show cause hearing held before Judge Chen.

  5. Annexed hereto as Exhibit "C" is the Text Only Order dated March 27, 2023 of Judge Chen.

  6. Based upon the deposition transcript of Defendant Safa Abdulrahman Gelardi ("Safa"), Defendants have also listed all of their real property holdings for sale.

7. Specifically, Defendants have listed the following properties for sale:

(i) 148 Clay Pit Road, Staten Island, NY 10309 (https://www.zillow.com/homedetails/148-Clay-Pit-Rd-Staten-Island-NY-10309/32373563_zpid/);

(ii) 1523 N Hollywood St, Philadelphia, PA 19121 (https://www.zillow.com/homedetails/1523-N-Hollywood-St-Philadelphia-PA-19121/10317908_zpid/);

(iii) 9 Woods End, Lake Harmony, PA 18624 (https://www.zillow.com/homedetails/9-Woods-End-Lake-Harmony-PA-18624/93560323_zpid/);

(iv) 5265 Milford Road, East Stroudberg, PA 18302 (https://www.remax.com/pa/east-stroudsburg/home-details/5265-milford-rd-east-stroudsburg-pa-18302/3230763248277199825/M00000552/PM-105233); and, as relevant here,

(v) 1475 Moon Valley Dr, Champions Gate, FL 33896 (https://www.zillow.com/homedetails/1475-Moon-Valley-Dr-Champions-Gate-FL-33896/122987470_zpid/).

8. Based on publicly available information, the outstanding principal balance of the mortgage on the Florida property is $270,000.00, and – upon information and belief – the property is currently pending a sale in the amount of $785,000.00, such that Defendants will receive approximately $515,000.00 in proceeds less any closing expenses.

9. This is a significant amount of money that will quickly be liquidated and prevent the Plaintiff from recovering any judgment. Safa testified that this is an income-producing property; there is therefore no reason to sell the property other than to frustrate judgment collection efforts. I therefore respectfully request that this Court grant the relief requested herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2023.

Daniella Levi, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

------------------------------------------------------------------X

IME WATCHDOG, INC.,

                   CIVIL ACTION

        Plaintiff,

                   Case No.:

  -against-

SAFA ABDULRAHIM GELARDI, VITO
GELARDI, and IME COMPANIONS LLC,

       Defendants.

------------------------------------------------------------------X

  Daniella Levi, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

  1.  I am the sole shareholder and Chief Operating Officer ("COO") of IME WatchDog, Inc. (hereinafter "Plaintiff" or "IME WatchDog"), the Plaintiff in this case.

  2.  As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the documents I maintain at the IME WatchDog office.

  3.  Annexed hereto as Exhibit "A" is the Text Only Order of the Hon. Pamela K. Chen, U.S.D.J. ("Judge Chen") dated April 5, 2022.

  4.  Annexed hereto as Exhibit "B" is the March 27, 2023 Hearing Transcript for a show cause hearing held before Judge Chen.

  5.  Annexed hereto as Exhibit "C" is the Text Only Order dated March 27, 2023 of Judge Chen.

  6.  Based upon the deposition transcript of Defendant Safa Abdulrahman Gelardi ("Safa"), Defendants have also listed all of their real property holdings for sale.

7. Specifically, Defendants have listed the following properties for sale:

(i) 148 Clay Pit Road, Staten Island, NY 10309 (https://www.zillow.com/homedetails/148-Clay-Pit-Rd-Staten-Island-NY-10309/32373563_zpid/);

(ii) 1523 N Hollywood St, Philadelphia, PA 19121 (https://www.zillow.com/homedetails/1523-N-Hollywood-St-Philadelphia-PA-19121/10317908_zpid/);

(iii) 9 Woods End, Lake Harmony, PA 18624 (https://www.zillow.com/homedetails/9-Woods-End-Lake-Harmony-PA-18624/93560323_zpid/);

(iv) 5265 Milford Road, East Stroudberg, PA 18302 (https://www.remax.com/pa/east-stroudsburg/home-details/5265-milford-rd-east-stroudsburg-pa-18302/3230763248277199825/M00000552/PM-105233); and, as relevant here,

(v) 1475 Moon Valley Dr, Champions Gate, FL 33896 (https://www.zillow.com/homedetails/1475-Moon-Valley-Dr-Champions-Gate-FL-33896/122987470_zpid/).

8. Based on publicly available information, the outstanding principal balance of the mortgage on the Florida property is $270,000.00, and – upon information and belief – the property is currently pending a sale in the amount of $785,000.00, such that Defendants will receive approximately $515,000.00 in proceeds less any closing expenses.

9. This is a significant amount of money that will quickly be liquidated and prevent the Plaintiff from recovering any judgment. Safa testified that this is an income-producing property; there is therefore no reason to sell the property other than to frustrate judgment collection efforts. I therefore respectfully request that this Court grant the relief requested herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May ___, 2023.

                                                                            Daniella Levi, Esq.